**STATE**

v.

**Ralph BYRNES et al.**

**No. 79–412–C.A.**

Supreme Court of Rhode Island.

Oct. 2, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Sp. Asst. Atty. Gen., for plaintiff.

John F. Cicilline, Providence, William M. Kunstler, New York City, for defendants.

## ORDER

The defendants' motions to stay proceedings and for remand, as prayed are denied without prejudice to defendants' right to argue the points raised in their remand motion at oral argument on the merits.

BEVILACQUA, C. J., and DORIS, J., did not participate.

**STATE**

v.

**James McPARLIN.**

**No. 79–23–C.A.**

Supreme Court of Rhode Island.

Oct. 2, 1980.

Alyssa L. Talanker, Sp. Asst. Atty. Gen., for plaintiff.

John A. MacFadyen III, Asst. Public Defender, for defendant.

## ORDER

The defendant's motion to dismiss his indictment on the basis of this court's ruling in *State v. O'Coin*, R.I., 417 A.2d 310 (1980) is assigned to the calendar for October 7, 1980 for argument with the merits of defendant's appeal.

DORIS and MURRAY, JJ., did not participate.

**STATE**

v.

**Anthony TASSONE.**

**No. 80–13–C.A.**

Supreme Court of Rhode Island.

Oct. 2, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Sp. Asst. Atty. Gen., for plaintiff.

John F. Cicilline, Providence, for defendant.

## ORDER

The state's motion to dismiss defendant's appeal is denied.

DORIS and MURRAY, JJ., did not participate.